JS 44 - CAND (Rev. 11/04) Case 5:08-cv-01191-JF    Document 1    Filed 02/28/2008    Page 1 of 8

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

| I. (a) **PLAINTIFFS** | **DEFENDANT** |
|---|---|
| VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC. | JOHN DOE |
| | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF | (IN U.S. PLAINTIFF CASES ONLY) |
| **New York County, NY** | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE |
| (EXCEPT IN U.S. PLAINTIFF CASES) | LAND INVOLVED. |

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
HOLME ROBERTS & OWEN LLP
Matthew F. Jaksa (SBN: 248072)    Phone:  (415) 268-2000
560 Mission Street, 25th Floor    Fax:     (415) 268-1999
San Francisco, CA 94105-2994

ATTORNEYS (IF KNOWN)

ADR

---

**II. BASIS OF JURISDICTION** (PLACE AN "√" IN ONE BOX ONLY)

- □ 1 U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- □ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "√" IN ONE BOX FOR
(For Diversity Cases Only) PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

---

**IV. ORIGIN** (PLACE AN "√" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- □ 2 Removed from State Court
- □ 3 Remanded from Appellate Court
- □ 4 Reinstated or Reopened
- □ 5 Transferred from another district (specify)
- □ 6 Multidistrict Litigation
- □ 7 Appeal to District Judge from Magistrate Judgment

---

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| □ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | □ 610 Agriculture | □ 422 Appeal 28 USC 158 | □ 400 State Reapportionment |
| □ 120 Marine | □ 310 Airplane | □ 362 Personal Injury | □ 620 Other Food | | □ 410 Antitrust |
| □ 130 Miller Act | □ 315 Airplane Product Liability | Med. Malpractice | & Drug | □ 423 Withdrawal 28 USC 157 | □ 430 Banks and Banking |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & | □ 365 Personal Injury Product Liability | □ 625 Drug Related Seizure of Property | | □ 450 Commerce/ICC Rates/etc. |
| □ 150 Recovery of Overpayment | Slander | □ 368 Asbestos Personal | 21 USC 881 | | □ 460 Deportation |
| & Enforcement | of □ 330 Federal | Injury Product | □ 630 Liquor Laws | **PROPERTY RIGHTS** | □ 470 Racketeer Influenced and Corrupt Organizations |
| Judgment | Employers' | Liability | □ 640 RR & Truck | ☒ 820 Copyrights | □ 810 Selective Service |
| □ 151 Medicare Act | Liability | | □ 650 Airline Regs | □ 830 Patent | □ 850 Securities/Commodities/ |
| □ 152 Recovery of Defaulted | □ 340 Marine | **PERSONAL PROPERTY** | □ 660 Occupational | □ 840 Trademark | Exchange |
| Student Loans | □ 345 Marine Product | □ 370 Other Fraud | Safety/Health | | □ 875 Customer Challenge |
| (Excl. Veterans) | Liability | □ 371 Truth in Lending | □ 690 Other | | 12 USC 3410 |
| □ 153 Recovery of Overpayment | □ 350 Motor Vehicle | □ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | □ 891 Agricultural Acts |
| of Veteran's Benefits | □ 355 Motor Vehicle | Property Damage | □ 710 Fair Labor | □ 861 HIA (1395ff) | □ 892 Economic Stabilization Act |
| □ 160 Stockholders' Suits | Product Liability | □ 385 Property Damage | Standards Act | □ 862 Black Lung (923) | □ 893 Environmental Matters |
| □ 190 Other Contract | □ 360 Other Personal | Product Liability | □ 720 Labor/Mgmt. | □ 863 DIWC/DIWW | □ 894 Energy Allocation Act |
| □ 195 Contract Product Liability | Injury | | Relations | 405(g)) | □ 895 Freedom of |
| □ 196 Franchise | | | □ 730 Labor/Mgmt. | □ 864 SSID Title XVI | Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Reporting | □ 865 RSI (405(g)) | □ 900 Appeal of Fee |
| □ 210 Land Condemnation | □ 441 Voting | □ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | Determination Under |
| □ 220 Foreclosure | □ 442 Employment | Sentence | □ 740 Railway Labor Act | | Equal Access to Justice |
| □ 230 Rent Lease & Ejectment | □ 443 Housing | Habeas Corpus: | □ 790 Other Labor | □ 870 Taxes (U.S. Plaintiff | □ 950 Constitutionality of |
| □ 240 Torts to Land | □ 444 Welfare | □ 530 General | Litigation | or Defendant) | State Statutes |
| □ 245 Tort Product Liability | □ 440 Other Civil Rights | □ 535 Death Penalty | □ 791 Empl. Ret. Inc. | □ 871 IRS—Third Party | □ 890 Other Statutory Actions |
| □ 290 All Other Real Property | □ 445 Amer w/disab - Empl | □ 540 Mandamus & | Security Act | 26 USC 7609 | |
| | □ 446 Amer w/disab –Other | Other | | | |
| | □ 480 Consumer Credit | □ 550 Civil Rights | | | |
| | □ 490 Cable/Satellite TV | □ 555 Prison Condition | | | |

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

17 U.S.C. § 501 et seq. – copyright infringement

| VII. **REQUESTED IN COMPLAINT** | □ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23: | DEMAND $ Statutory damages; injunction | □ CHECK YES only if demanded in complaint JURY DEMAND: □ YES ☒ NO |
|---|---|---|---|

| VIII. **RELATED CASE(S) IF ANY** | PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". |
|---|---|

| IX. **DIVISIONAL ASSIGNMENT** (CIVIL L.R. 3-2) (PLACE AN "X" IN ONE BOX ONLY) | □ SAN FRANCISCO/OAKLAND | □ SAN JOSE |
|---|---|---|

DATE    February 28, 2008

SIGNATURE OF ATTORNEY OF RECORD

1   Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
    San Francisco, CA 94105-2994
3   Telephone:  (415) 268-2000
4   Facsimile:  (415) 268-1999
    Email:      matt.jaksa@hro.com
5
6   Attorneys for Plaintiffs,
    VIRGIN RECORDS AMERICA, INC.;
7   INTERSCOPE RECORDS; SONY BMG
    MUSIC ENTERTAINMENT; CAPITOL
8   RECORDS, INC.; UMG RECORDINGS,
9   INC.; and WARNER BROS. RECORDS
    INC.

10

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                      _____ DIVISION

13

14  VIRGIN RECORDS AMERICA, INC., a        CASE NO. **08        1191**
    California corporation; INTERSCOPE
15  RECORDS, a California general partnership;
    SONY BMG MUSIC ENTERTAINMENT, a        **COMPLAINT FOR COPYRIGHT
16  Delaware general partnership; CAPITOL   INFRINGEMENT**
17  RECORDS, INC., a Delaware corporation;
    UMG RECORDINGS, INC., a Delaware
18  corporation; and WARNER BROS. RECORDS
19  INC., a Delaware corporation,

20              Plaintiffs,

21       v.

22
    JOHN DOE,
23              Defendant.

24

25

26

27

28

    COMPLAINT FOR COPYRIGHT INFRINGEMENT
    Case No. _____
    #35889 v1

**FILED**

FEB 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

1

**JURISDICTION AND VENUE**

2      1.      This is a civil action seeking damages and injunctive relief for copyright infringement

3   under the copyright laws of the United States (17 U.S.C. § 101 *et seq*.).

4      2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal

5   question); and 28 U.S.C. § 1338(a) (copyright).

6      3.      Venue in this District is proper. <u>See</u> 28 U.S.C. §§ 1391(b), 1400(a).  Although the

7   true identity of Defendant is unknown to Plaintiffs at this time, on information and belief, Defendant

8   may be found in this District and/or a substantial part of the acts of infringement complained of

9   herein occurred in this District.  On information and belief, personal jurisdiction in this District is

10  proper because Defendant, without consent or permission of the copyright owner, disseminated over

11  the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief,

12  such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In

13  addition, Defendant contracted with an Internet Service Provider ("ISP") found in this District to

14  provide Defendant with the access to the Internet which facilitated Defendant's infringing activities.

15

**PARTIES**

16     4.      Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing

17  under the laws of the State of California, with its principal place of business in the State of New

18  York.

19     5.      Plaintiff Interscope Records is a California general partnership, with its principal

20  place of business in the State of California.

21     6.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general

22  partnership, with its principal place of business in the State of New York.

23     7.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the

24  laws of the State of Delaware, with its principal place of business in the State of New York.

25     8.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the

26  laws of the State of Delaware, with its principal place of business in the State of California.

27

28

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#35889 v1

1   9.    Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing
2   under the laws of the State of Delaware, with its principal place of business in the State of
3   California.

4   10.    The true name and capacity of Defendant are unknown to Plaintiffs at this time.
5   Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to Defendant
6   by his or her ISP on the date and time of Defendant's infringing activity. See Exhibit A. Plaintiffs
7   believe that information obtained in discovery will lead to the identification of Defendant's true
8   name.

9                                    **COUNT I**
10                     **INFRINGEMENT OF COPYRIGHTS**

11   11.    Plaintiffs incorporate herein by this reference each and every allegation contained in
12   each paragraph above.

13   12.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of
14   exclusive rights under United States copyright law with respect to certain copyrighted sound
15   recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this
16   Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted
17   Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright
18   Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of
19   Exhibit A.

20   13.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the
21   exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted
22   Recordings to the public.

23   14.    Plaintiffs are informed and believe that Defendant, without the permission or consent
24   of Plaintiffs, has continuously used, and continues to use, an online media distribution system to
25   download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies
26   the IP address with the date and time of capture and a list of copyrighted recordings that Defendant
27   has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public.
28   Through his or her continuous and ongoing acts of downloading and/or distributing to the public the

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#35889 v1

1 | Copyrighted Recordings, Defendant has violated Plaintiffs' exclusive rights of reproduction and
2 | distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive
3 | rights under copyright. (In addition to the sound recordings listed on Exhibit A, Plaintiffs are
4 | informed and believe Defendant has, without the permission or consent of Plaintiffs, continuously
5 | downloaded and/or distributed to the public additional sound recordings owned by or exclusively
6 | licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of
7 | infringement are ongoing. Exhibit A includes the currently-known total number of audio files being
8 | distributed by Defendant.)

9 |     15.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on
10 | each respective album cover of each of the sound recordings identified in Exhibit A. These notices
11 | of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.
12 | These published copies were widely available, and each of the published copies of the sound
13 | recordings identified in Exhibit A was accessible by Defendant.

14 |     16.    Plaintiffs are informed and believe that the foregoing acts of infringement have been
15 | willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

16 |     17.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights
17 | under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against
18 | Defendant for each infringement of each copyrighted recording. Plaintiffs further are entitled to
19 | their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

20 |     18.    The conduct of Defendant is causing and, unless enjoined and restrained by this
21 | Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated
22 | or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502
23 | and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing
24 | Plaintiffs' copyrights, and ordering that Defendant destroy all copies of copyrighted sound
25 | recordings made in violation of Plaintiffs' exclusive rights.

26 |     WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

27 |     1.    For an injunction providing:

28 |         "Defendant shall be and hereby is enjoined from directly or indirectly
        infringing Plaintiffs' rights under federal or state law in the

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#35889 v1

1   Copyrighted Recordings and any sound recording, whether now in
    existence or later created, that is owned or controlled by Plaintiffs (or
2   any parent, subsidiary, or affiliate record label of Plaintiffs)
    ("Plaintiffs' Recordings"), including without limitation by using the
3   Internet or any online media distribution system to reproduce (*i.e.,*
    download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload)
4   any of Plaintiffs' Recordings, except pursuant to a lawful license or
    with the express authority of Plaintiffs. Defendant also shall destroy
5   all copies of Plaintiffs' Recordings that Defendant has downloaded
    onto any computer hard drive or server without Plaintiffs'
6   authorization and shall destroy all copies of those downloaded
    recordings transferred onto any physical medium or device in
7   Defendant's possession, custody, or control."

8       2.      For statutory damages for each infringement of each Copyrighted Recording

9   pursuant to 17 U.S.C. § 504.

10      3.      For Plaintiffs' costs in this action.

11      4.      For Plaintiffs' reasonable attorneys' fees incurred herein.

12      5.      For such other and further relief as the Court may deem just and proper.

13

14

15  Dated:     February 28, 2008           HOLME ROBERTS & OWEN LLP

16

17                                         By _____
                                              MATTHEW FRANKLIN JAKSA
18                                            Attorney for Plaintiffs
19                                            VIRGIN RECORDS AMERICA, INC.;
                                              INTERSCOPE RECORDS; SONY BMG MUSIC
20                                            ENTERTAINMENT; CAPITOL RECORDS,
                                              INC.; UMG RECORDINGS, INC.; and
21                                            WARNER BROS. RECORDS INC.

22

23

24

25

26

27

28

                                   4
    COMPLAINT FOR COPYRIGHT INFRINGEMENT
    Case No. _____
    #35889 v1

# EXHIBIT A

1

# EXHIBIT A

2

## JOHN DOE

3

**IP Address:** 128.12.98.81 2007-06-27 20:40:44 EDT          **CASE ID#** 134128079

4

**P2P Network:** GnutellaUS                          **Total Audio Files:** 636

5

6

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
7
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
8
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
9
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
10
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
11
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
12
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
13
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
14
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
15
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |

16

17

18

19

20

21

22

23

24

25

26

27

28