1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  INTERSCOPE RECORDS; SONY BMG
   MUSIC ENTERTAINMENT; CAPITOL
8  RECORDS, INC.; UMG RECORDINGS,
   INC.; and WARNER BROS. RECORDS
9  INC.

ORIGINAL FILED

FEB 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

BZ

VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

                    Plaintiffs,

        v.

JOHN DOE,
                    Defendant.

CASE NO. CV 08 1191

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

_____

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35890 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6  The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
7  AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
8  Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
9  BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
10 and EMI Group Limited.
11 The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
12 UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
13 Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
14 and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
15 France.
16 The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
17 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
18 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
19 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
20 Corporation is publicly traded in the U.S.
21 The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
22 Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
23 EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
24 Virgin Music Group Ltd.; and EMI Group Limited.
25 The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
26 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
27 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
28 publicly traded. Vivendi S.A. is publicly traded in France.

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35890 v1

1  The following companies are parents of, or partners in Plaintiff WARNER BROS.
2  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
3  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
4  publicly traded in the U.S.

Dated:   February 28, 2008                HOLME ROBERTS & OWEN LLP

                                          By  _____
                                              MATTHEW FRANKLIN JAKSA
                                              Attorney for Plaintiffs
                                              VIRGIN RECORDS AMERICA, INC.;
                                              INTERSCOPE RECORDS; SONY BMG MUSIC
                                              ENTERTAINMENT; CAPITOL RECORDS,
                                              INC.; UMG RECORDINGS, INC.; and
                                              WARNER BROS. RECORDS INC.

---

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35890 v1