AO 121 (6/90)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

*BZ*

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION | |
|---|---|---|---|
| DOCKET NO. | DATE FILED | CV **08** | **1191** |

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC<br>ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and WARNER BROS.<br>RECORDS INC. | | DEFENDANT<br>JOHN DOE |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | | | **AUTHOR OF WORK** |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>FEB 2 8 2008 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.98.81 2007-06-27 20:40:44 EDT          **CASE ID#** 134128079

**P2P Network:** GnutellaUS                                  **Total Audio Files:** 636

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION | |
|---|---|---|---|
| DOCKET NO. | DATE FILED | | |

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC<br>ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and WARNER BROS.<br>RECORDS INC. | | DEFENDANT<br>JOHN DOE |
|---|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |
| CLERK<br>**RICHARD W. WIEKING** | (BY) DEPUTY CLERK<br>THELMA NULES | DATE<br>FEB 2 8 2008 |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.98.81 2007-06-27 20:40:44 EDT          **CASE ID#** 134128079

**P2P Network:** GnutellaUS          **Total Audio Files:** 636

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION | |
|---|---|---|---|
| DOCKET NO. | DATE FILED | | |
| **PLAINTIFF**<br>VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC<br>ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and WARNER BROS.<br>RECORDS INC. | | | **DEFENDANT**<br>**JOHN DOE** |
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | See Exhibit A, attached. | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | | |
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes     ☐ No | |
| CLERK | (BY) DEPUTY CLERK<br>THELMA NJUBO | DATE |
| RICHARD W. WIEKING | | FEB 2 8 2008<br>*U.S.G.P.O. 1982-374-279 |

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.98.81 2007-06-27 20:40:44 EDT          **CASE ID#** 134128079

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 636

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |

AO 121 (6/90)

| TO: | | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC. | | DEFENDANT<br>JOHN DOE |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>**RICHARD W. WIEKING** | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>**FEB 2 8 2008** |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.98.81 2007-06-27 20:40:44 EDT

**CASE ID#** 134128079

**P2P Network:** GnutellaUS

**Total Audio Files:** 636

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |

AO 121 (6/90)

<table>
<tr>
<td>

**TO:**

**Register of Copyrights**
**Copyright Office**
**Library of Congress**
**Washington, D.C. 20559**
</td>
<td>

**REPORT ON THE**
**FILING OR DETERMINATION OF AN**
**ACTION OR APPEAL**
**REGARDING A COPYRIGHT**
</td>
</tr>
</table>

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | COURT NAME AND LOCATION |
|---|---|---|
| ☒ ACTION | ☐ APPEAL | |
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC<br>ENTERTAINMENT; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and WARNER BROS.<br>RECORDS INC. | | DEFENDANT<br>JOHN DOE |
|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | | | **AUTHOR OF WORK** |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |
| CLERK<br><br>RICHARD W. WIEKING | (BY) DEPUTY CLERK | DATE<br>FEB 2 8 2008 |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.98.81 2007-06-27 20:40:44 EDT          **CASE ID#** 134128079

**P2P Network:** GnutellaUS                                   **Total Audio Files:** 636

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | The Rolling Stones | Beast Of Burden | Some Girls | 1-522 |
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| Warner Bros. Records Inc. | Barenaked Ladies | Pinch Me | Maroon | 288-335 |