UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| VIRGIN RECORDS AMERICA, INC. A California Corp., et al., Plaintiff(s), v. JOHN DOE, Defendant(s). | No. C08-1191 BZ **ORDER GRANTING IMMEDIATE DISCOVERY** |

Upon plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on Stanford University to obtain the identity of defendant John Doe by serving a Rule 45 subpoena that seeks information sufficient to identify John Doe, including the name, current and permanent addresses and telephone numbers, e-mail address, and Media Access Control (MAC) address for John Doe. Without such discovery, plaintiffs cannot identify John Doe, and thus cannot pursue their lawsuit aimed at protecting their

1

1  copyrighted works from infringement.

2  **IT IS FURTHER ORDERED** that any information disclosed to
3  plaintiffs in response to the Rule 45 subpoena may be used by
4  plaintiffs solely for the purpose of protecting plaintiffs'
5  rights under the Copyright Act.
6  Dated: March 7, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\VIRGIN RECORDS V. JOHN DOE\ORDER granting immediate discovery.wpd

2