**\*\*E-filed 3/18/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

VIRGIN RECORDS AMERICA, INC.,

    Plaintiff,

     v.

JOHN DOE,

    Defendant.
_____

No. C-08-1191-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this case, the Court has scheduled a Case Management Conference before Judge Jeremy Fogel. The new hearing date is Friday, June 20, 2008 at 10:30 AM.  The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 3/18/08                    For the Court,
                                    Richard W. Wieking, Clerk

                                    Diana Munz
                                    electronic signature
                                    Courtroom Deputy