1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  INTERSCOPE RECORDS; SONY BMG
   MUSIC ENTERTAINMENT; CAPITOL
8  RECORDS, INC.; UMG RECORDINGS,
   INC.; and WARNER BROS. RECORDS
9  INC.
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>              Defendant. | CASE NO. 5:08-CV-01191-JF<br><br>Honorable Jeremy Fogel<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Virgin Records, *et al.*, by and through
2 | their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against
3 | Defendant John Doe, also identified as ID # 134128079 with IP address 128.12.98.81 2007-06-27
4 | 20:40:44 EDT, each party to bear its/her own fees and costs. The Clerk of Court is respectfully
5 | requested to close this case.

6 | Dated: June 2, 2008                                        HOLME ROBERTS & OWEN LLP

8 |                                                            By:  */s/ Matthew Franklin Jaksa*
9 |                                                                 MATTHEW FRANKLIN JAKSA
  |                                                                 Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-01191-JF
#37976 v1